# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 160 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| 2002 HONDA ACCORD, $26,612.00 IN | : | |
| UNITED STATES CURRENCY, (1) DELL | : | |
| LAPTOP, (6) CELL PHONES, (2) GUN | : | |
| CASES, (8) VARIOUS RIFLES, (5) | : | |
| VARIOUS SHOTGUNS, (5) VARIOUS | : | |
| PISTOLS, (2) MISCELLANEOUS | : | |
| MAGAZINES, PROPERTY OF GARY | : | |
| PAUL KUEHNER | : | |
| | : | |
| | : | |
| PETITION OF: GARY PAUL KUEHNER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.